**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-00324-LTB-KLM

BRIAN QUINTANA,

       Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Virginia limited liability company,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc 6 - filed March 2, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED: March 5, 2012